2545.  FORD *v.* MAYOR AND COUNCIL OF BRUNSWICK.

HILL, C. J. The decision of the Supreme Court upon the constitutional question certified by this court (134 *Ga.* 820) being against the contention of the plaintiff in error, and the other assignments of error containing no merit, and the finding of the municipal court being fully sustained by the evidence, the judgment of the superior court, overruling the certiorari, is                                          *Affirmed.*

DECIDED SEPTEMBER 6, 1910.

Certiorari; from Glynn superior court—Judge Conyers.   February 8, 1910.

*F. H. Harris,* for plaintiff in error.   *Bolling Whitfield,* contra.